| ☐ County Court ☒ District Court | **FILED** |
|---|---|
| Denver County, Colorado | UNITED STATES DISTRICT COURT |
| Court Address: 901-19th St. Room A105 | DENVER, COLORADO |
| ~~P.S~~ Denver CO. 80294-3589 | **NOV 25 2022** |
| Plaintiff(s)/Petitioner(s): Delca Simmons | JEFFREY P. COLWELL |
| v. | CLERK |
| Defendant(s)/Respondent(s): Detective Black. Parole officer Hathaway. El paso county | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address): | Case Number: 22-CV-02782 GPG |
| Phone Number:   E-mail: | |
| FAX Number:   Atty. Reg. #: | Division   Courtroom |

**MOTION TO** Waive filing fee

For the following reasons: (cite any applicable law)

I am an indigent individual; I can not afford to pay the requested filing fee.

I request the Court to:

~~Cases~~ Waive the $~~402.00~~ filling fee for case # 22-CV-02782 GPG

Date: 11·21·2022

Signature of ☒Petitioner/Plaintiff or ☐Respondent/Defendant

Deha Simmons

Address: 2739 E. Las Vegas St

City, State and Zip Code: Colorado Springs, CO 80906

Telephone Number (Home)   (Work)

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of the Motion to _____ was served on the other party by:
☐Hand Delivery, ☐E-filed, ☐Faxed to this number _____, **or**
☐by placing it in the United States mail, postage pre-paid, and addressed to the following (include name and address):

To: _____

_____

☐Petitioner/Plaintiff or ☐Respondent/Defendant

JDF 76   R5/17   MOTION TO

To District                                    11-21-22

ON 11-18-22 I was denied access to motion to waive filing fee due to them denying me law library. I had to find other means & finally recieved it so please show understanding & allow this motion to go thru if its passed the due date which is 11-24-22. I am sending this out from Criminal Justice Center in Colorado Springs on 11-21-22 But am having problems with my mail due to me sueing them so if its a little tardy Please take these circumstances into consideration & allow it to go through



Name: DeKa Simmons
Admit #: 00206299
Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

DENVER CO 802
22 NOV 2022 PM 9 L

United States District Court
Alfred A. Arraj Courthouse
901 - 19th St., Room A105
Denver, Colorado
80294-3589

Legal Mail
Legal Mail
Legal Mail
Legal Mail